JANE W. CERVANTES, ESQUIRE
Law Offices of Jane Cervantes
212 Yale Avenue
Claremont, CA 91711
P: 909-626-3595
F: 626-209-2277
fdc@ssihelp.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GINA BARDALES,

     Plaintiff,

  v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

     Defendant.

Case # 5:23-cv-01284-AJR

~~PROPOSED~~ ORDER

### ~~PROPOSED~~ ORDER

AND NOW, this <u>15th</u> day of <u>November</u>, 2023, having considered the parties' Stipulation for EAJA fees, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $7,500.00 and costs in the amount of $402.00, subject to the terms of the Stipulation.

DATE: 11/15/2023

BY THE COURT:

_/s/ Joel Richlin_
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE